# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF MICHIGAN
## SOUTHERN DIVISION

In re:                                              Case No. 19-50289-MAR

    CANDICE R PARKER

    Debtor(s)

---

## CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT

Krispen S. Carroll, chapter 13 trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C. § 1302(b)(1). The trustee declares as follows:

1)  The case was filed on 07/15/2019.

2)  The plan was confirmed on 03/11/2020.

3)  The plan was modified by order after confirmation pursuant to 11 U.S.C. § 1329 on NA .

4)  The trustee filed action to remedy default by the debtor in performance under the plan on 11/17/2020.

5)  The case was dismissed on 12/07/2020.

6)  Number of months from filing to last payment: 8.

7)  Number of months case was pending: 19.

8)  Total value of assets abandoned by court order: NA .

9)  Total value of assets exempted: $34,175.00.

10) Amount of unsecured claims discharged without payment: $0.00.

11) All checks distributed by the trustee relating to this case have cleared the bank.

**UST Form 101-13-FR-S (09/01/2009)**

## Receipts:

| | |
|---|---|
| Total paid by or on behalf of the debtor | $8,034.74 |
| Less amount refunded to debtor | $0.00 |

**NET RECEIPTS:** **$8,034.74**

## Expenses of Administration:

| | |
|---|---|
| Attorney's Fees Paid Through the Plan | $3,325.00 |
| Court Costs | $0.00 |
| Trustee Expenses & Compensation | $602.63 |
| Other | $0.00 |

**TOTAL EXPENSES OF ADMINISTRATION:** **$3,927.63**

Attorney fees paid and disclosed by debtor: $175.00

## Scheduled Creditors:

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| 36TH DISTRICT COURT | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| 52 A DISTRICT COURT | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| ACCOUNT SERVICES | Unsecured | 100.00 | NA | NA | 0.00 | 0.00 |
| ALLSTATE CREDIT BUREAU | Unsecured | 3,700.00 | NA | NA | 0.00 | 0.00 |
| AMCA | Unsecured | 700.00 | NA | NA | 0.00 | 0.00 |
| AMERICAN FIRST | Unsecured | 1,500.00 | 2,951.13 | 2,951.13 | 0.00 | 0.00 |
| AMERICAN INFOSOURCE LP | Unsecured | 900.00 | 1,042.52 | 1,042.52 | 0.00 | 0.00 |
| AMERICAN WEB LOAN | Unsecured | 1,000.00 | NA | NA | 0.00 | 0.00 |
| ASHRO LIFESTYLE | Unsecured | 450.00 | 433.94 | 433.94 | 0.00 | 0.00 |
| BEAUMONT HOSPITAL | Unsecured | 540.00 | NA | NA | 0.00 | 0.00 |
| BRYLANE HOME | Unsecured | 300.00 | NA | NA | 0.00 | 0.00 |
| CAVALRY PORTFOLIO SERVICES | Unsecured | NA | 26,259.87 | 26,259.87 | 0.00 | 0.00 |
| CELCO | Unsecured | 590.00 | NA | NA | 0.00 | 0.00 |
| CITY OF DETROIT | Unsecured | 525.00 | NA | NA | 0.00 | 0.00 |
| CITY OF DETROIT FIRE DEPT | Unsecured | 460.00 | NA | NA | 0.00 | 0.00 |
| CITY OF DETROIT/INCOME TAXES | Unsecured | 1.00 | 14,000.00 | 14,000.00 | 0.00 | 0.00 |
| CITY OF DETROIT/TREASURY | Secured | 1,500.00 | NA | NA | 0.00 | 0.00 |
| COMENITY BANK | Unsecured | 825.00 | 400.71 | 400.71 | 0.00 | 0.00 |
| COMENITY BANK | Unsecured | 300.00 | 265.69 | 265.69 | 0.00 | 0.00 |
| CONANT GARDEN DENTAL CENTER | Unsecured | 2,910.00 | NA | NA | 0.00 | 0.00 |
| CONGRESS COLLECTIONS | Unsecured | 60.00 | NA | NA | 0.00 | 0.00 |
| CONSUMER PORTFOLIO SVCS | Unsecured | 9,450.00 | NA | NA | 0.00 | 0.00 |
| CONSUMERS ENERGY COMPANY | Unsecured | 270.00 | 372.02 | 372.02 | 0.00 | 0.00 |
| CREDIT ONE BANK | Unsecured | 100.00 | NA | NA | 0.00 | 0.00 |
| DETROIT WATER DEPT | Secured | 1,500.00 | 497.79 | 497.79 | 14.07 | 44.80 |
| DETROIT WATER DEPT | Secured | 555.00 | 735.33 | 735.33 | 21.51 | 66.18 |
| DIRECTV | Unsecured | 270.00 | NA | NA | 0.00 | 0.00 |
| DIVERSIFIED CONSULTANTS | Unsecured | 120.00 | NA | NA | 0.00 | 0.00 |
| DR ZU JIAN | Unsecured | 80.00 | NA | NA | 0.00 | 0.00 |
| DTE ENERGY | Unsecured | 3,000.00 | 3,467.74 | 3,467.74 | 0.00 | 0.00 |
| ENHANCED RECOVERY CORPORATIC | Unsecured | 200.00 | NA | NA | 0.00 | 0.00 |

**UST Form 101-13-FR-S (09/01/2009)**

## Scheduled Creditors:

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| FINGERHUT | Unsecured | 400.00 | NA | NA | 0.00 | 0.00 |
| FIRST PREMIER BANK | Unsecured | 420.00 | NA | NA | 0.00 | 0.00 |
| GLOBAL LENDING SERVICES LLC | Secured | 11,000.00 | 11,538.58 | 11,538.58 | 169.81 | 0.00 |
| HENRY FORD HOSPITAL | Unsecured | 300.00 | NA | NA | 0.00 | 0.00 |
| HSBC | Unsecured | 1,930.00 | NA | NA | 0.00 | 0.00 |
| INBOX LOANS | Unsecured | 600.00 | NA | NA | 0.00 | 0.00 |
| INTERNAL REVENUE SERVICE | Unsecured | 141,000.00 | 161,889.81 | 161,889.81 | 0.00 | 0.00 |
| INTERNAL REVENUE SERVICE | Priority | 11,000.00 | 14,258.27 | 14,258.27 | 0.00 | 0.00 |
| INTERNAL REVENUE SERVICE | Secured | 32,277.00 | 8,336.05 | 8,336.05 | 486.86 | 27.79 |
| JJ MARSHALL & ASSOCIATES | Unsecured | 120.00 | NA | NA | 0.00 | 0.00 |
| LAMONT HANLEY & ASSOC INC | Unsecured | 70.00 | NA | NA | 0.00 | 0.00 |
| LJ ROSS ASSOCIATES INC | Unsecured | 380.00 | NA | NA | 0.00 | 0.00 |
| LVNV FUNDING LLC | Unsecured | NA | 72.48 | 72.48 | 0.00 | 0.00 |
| MASON | Unsecured | 250.00 | 295.51 | 295.51 | 0.00 | 0.00 |
| MASSEYS | Unsecured | 450.00 | 504.68 | 504.68 | 0.00 | 0.00 |
| MIDNIGHT VELVET | Unsecured | 400.00 | 388.16 | 388.16 | 0.00 | 0.00 |
| MISSION OB-GYN | Unsecured | 210.00 | NA | NA | 0.00 | 0.00 |
| MOMA FUNDING | Unsecured | 300.00 | 262.34 | 262.34 | 0.00 | 0.00 |
| MONEY RECOVERY NATIONWIDE | Unsecured | 320.00 | NA | NA | 0.00 | 0.00 |
| MONTGOMERY WARD | Unsecured | 0.00 | 228.60 | 228.60 | 0.00 | 0.00 |
| NCO FINANCIAL | Unsecured | 1,860.00 | NA | NA | 0.00 | 0.00 |
| NORTHWEST ANIMAL CLINIC | Unsecured | 300.00 | NA | NA | 0.00 | 0.00 |
| PHH MORTGAGE CORPORATION | Secured | 17,000.00 | 21,774.56 | 21,774.56 | 1,327.56 | 898.20 |
| PHH MORTGAGE CORPORATION | Secured | NA | 1,400.00 | 1,400.00 | 121.32 | 0.00 |
| RECEIVABLE MANAGEMENT | Unsecured | 590.00 | NA | NA | 0.00 | 0.00 |
| RECEIVING HOSPITAL | Unsecured | 130.00 | NA | NA | 0.00 | 0.00 |
| ST JOHN HOSPITAL & MEDICAL CENT | Unsecured | 55.00 | NA | NA | 0.00 | 0.00 |
| ST JOHN PROVIDENCE HOSPITAL | Unsecured | 170.00 | NA | NA | 0.00 | 0.00 |
| STATE OF MICHIGAN | Unsecured | 68,000.00 | 74,741.55 | 26,241.98 | 0.00 | 0.00 |
| STATE OF MICHIGAN | Unsecured | 12,519.94 | NA | NA | 0.00 | 0.00 |
| STATE OF MICHIGAN | Unsecured | 12,000.00 | 12,000.00 | 12,000.00 | 0.00 | 0.00 |
| STATE OF MICHIGAN CD | Unsecured | NA | 14,505.97 | 14,505.97 | 0.00 | 0.00 |
| STATE OF MICHIGAN CD | Priority | 700.00 | 872.68 | 872.68 | 0.00 | 0.00 |
| STATE OF MICHIGAN CD | Secured | 1,177.15 | 1,095.03 | 1,095.03 | 73.19 | 32.85 |
| STELLAR RECOVERY | Unsecured | 1,300.00 | NA | NA | 0.00 | 0.00 |
| SUPERSMILE | Unsecured | 130.00 | NA | NA | 0.00 | 0.00 |
| TEK COLLECT | Unsecured | 200.00 | NA | NA | 0.00 | 0.00 |
| TOTAL GYM | Unsecured | 700.00 | NA | NA | 0.00 | 0.00 |
| US DEPT OF EDUCATION | Unsecured | 2,400.00 | 3,166.05 | 3,166.05 | 0.00 | 0.00 |
| WAYNE COUNTY TREASURER | Secured | 5,000.00 | 4,422.26 | 4,422.26 | 125.07 | 398.00 |
| WAYNE COUNTY TREASURER | Secured | 2,500.00 | 2,537.65 | 2,537.65 | 71.51 | 228.39 |
| WESTCREEK | Unsecured | 1,425.00 | NA | NA | 0.00 | 0.00 |
| WILLIAM BEAUMONT HOSPITAL | Unsecured | 490.00 | NA | NA | 0.00 | 0.00 |

**UST Form 101-13-FR-S (09/01/2009)**

**Summary of Disbursements to Creditors:**

|  | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|
| **Secured Payments:** | | | |
| Mortgage Ongoing | $23,174.56 | $1,448.88 | $898.20 |
| Mortgage Arrearage | $0.00 | $0.00 | $0.00 |
| Debt Secured by Vehicle | $11,538.58 | $169.81 | $0.00 |
| All Other Secured | $17,624.11 | $792.21 | $798.01 |
| **TOTAL SECURED:** | **$52,337.25** | **$2,410.90** | **$1,696.21** |
| | | | |
| **Priority Unsecured Payments:** | | | |
| Domestic Support Arrearage | $0.00 | $0.00 | $0.00 |
| Domestic Support Ongoing | $0.00 | $0.00 | $0.00 |
| All Other Priority | $15,130.95 | $0.00 | $0.00 |
| **TOTAL PRIORITY:** | **$15,130.95** | **$0.00** | **$0.00** |
| | | | |
| **GENERAL UNSECURED PAYMENTS:** | **$268,749.20** | **$0.00** | **$0.00** |

**Disbursements:**

| | |
|---|---|
| Expenses of Administration | $3,927.63 |
| Disbursements to Creditors | $4,107.11 |
| **TOTAL DISBURSEMENTS :** | **$8,034.74** |

12)  The trustee certifies that, pursuant to Federal Rule of Bankruptcy Procedure 5009, the estate has been fully administered, the foregoing summary is true and complete, and all administrative matters for which the trustee is responsible have been completed. The trustee requests a final decree be entered that discharges the trustee and grants such other relief as may be just and proper.

Dated: 02/18/2021          By: /s/ Krispen S. Carroll
                                                  Trustee

**STATEMENT**:  This Unified Form is associated with an open bankruptcy case , therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-13-FR-S (09/01/2009)**